NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OTAY MESA PROPERTY, LP, RANCHO VISTA DEL MAR, OTAY INTERNATIONAL, LLC, OMC PROPERTY, D & D LANDHOLDINGS, LP, AND INTERNATIONAL INDUSTRIAL PARK, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5002, -5008

---

Appeals from the United States Court of Federal Claims in case no. 06-CV-167, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to revise the official caption and the motion for an extension of time, until January 18, 2011, for the United States to file its opening brief,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

JAN 1 2 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Roger J. Marzulla, Esq.
John Arbab, Esq.

s8

FILED
·U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 2 2011

JAN HORBALY
CLERK